**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____  Chapter **12**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Thull Farms, LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2581589** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2479 HWY H** <br> **Kewaskum, WI 53040** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Washington** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 20-24614-kmp   Doc 1   Filed 07/01/20   Page 1 of 51

| Debtor | **Thull Farms, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

■ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attachment** | Relationship _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

Case 20-24614-kmp    Doc 1    Filed 07/01/20    Page 2 of 51

**11.  Why is the case filed in *this district?***

Check all that apply:

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

█   **Statistical and administrative information**

**13.  Debtor's estimation of available funds** .

Check one:

☑  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Thull Farms, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 1, 2020**
               MM / DD / YYYY

**X** **/s/ Ralph Thull**                            **Ralph Thull**
Signature of authorized representative of debtor          Printed name

Title    **Member**

**18. Signature of attorney**

**X** **/s/ Paul G. Swanson**                  Date   **July 1, 2020**
Signature of attorney for debtor                          MM / DD / YYYY

**Paul G. Swanson 1007861**
Printed name

**Steinhilber Swanson LLP**
Firm name

**107 Church Avenue**
**Oshkosh, WI 54901**
Number, Street, City, State & ZIP Code

Contact phone   **920-235-6690**      Email address   **pswanson@steinhilberswanson.com**

**1007861 WI**
Bar number and State

| Debtor | **Thull Farms, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WISCONSIN

Case number (*if known*) _____     Chapter __**12**__

☐ Check if this an
   amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Ralph and Mary Lou Thull** | Relationship to you | **Ralph is 50% member** |
|---|---|---|---|
| District | | When | Case number, if known | |
| Debtor | **Randall and Ashley Thull** | Relationship to you | **Randall is 50% member** |
| District | | When | Case number, if known | |

x

Fill in this information to identify the case:

Debtor name    **Thull Farms, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**July 1, 2020**__          X **/s/ Ralph Thull**
                                             Signature of individual signing on behalf of debtor

                                             **Ralph Thull**
                                             Printed name

                                             **Member**
                                             Position or relationship to debtor

Debtor name __**Thull Farms, LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF WISCONSIN__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................ $ __2,870,000.00__

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................... $ __2,664,960.59__

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................ $ __5,534,960.59__

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................... $ __6,724,953.00__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ __0.00__

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ __676,423.00__

4. **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b
    $ __7,401,376.00__

**Fill in this information to identify the case:**

Debtor name  **Thull Farms, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Investors Community Bank of Manitowoc Checking** | **General Business Account** | | $127.72 |
| 3.2. | **State Bank of Newburg Checking** | | | $63,902.87 |
| 3.3. | **Associated Bank (balance includes monies from PPP award)** | **Business Checking** | 6828 | $80,275.00 |

| 4. | **Other cash equivalents** *(Identify all)* |
| --- | --- |

| 5. | **Total of Part 1.** | $144,305.59 |
| --- | --- | --- |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:     _____ **100,000.00**     - _____ **0.00** = .... _____ **$100,000.00**
                          face amount                          doubtful or uncollectible accounts

          **Account Receivables - estimated at one-half of the total milk check value. The farm always carries this A/R balance as a result of the milk checks being paid out bi-monthly). ICB has security interest.**

12.     **Total of Part 3.**

          Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    | **$100,000.00** |

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
□ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
□ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

□ No.  Go to Part 7.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested**<br>**460 acres corn planted at a cost of $18,000, and the balance of 1000 acres is forage/hay Debtors are purchasing corn and feeding haylage from the fields** | **$18,000.00** | | **Unknown** |
| 29. | Farm animals *Examples: Livestock, poultry, farm-raised fish*<br>**Dairy cows - 576 at $1275 each (fully pledged ICB)** | **$0.00** | | **$666,825.00** |
| | **Heifers - 345 at approximately $641 each (fully pledged ICB)** | **$0.00** | Replacement | **$221,145.00** |
| | **Steers - 155 at approximately $513 each (fully pledged ICB)** | **$0.00** | | **$79,515.00** |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |

| **See attached Machinery & Equipment List. ICB has a General Farm Security Agreement covering all assets of the debtor. Additionally, the individual members guaranteed the debt and Ralph Thull has pledged 259.91 acres of real estate he owns (upon which the LLC has made improvements as disclosed herein) as additional collateral. It is believed that this creditor holds a fully secured claim when all collateral is considered. Debt number is total owed the ICB.** | $0.00 | Appraisal | $1,064,070.00 |
| --- | --- | --- | --- |

| 31. | **Farm and fishing supplies, chemicals, and feed**<br>**Haylage - 1931 tons at $100 per ton (pledged to ICB)** | $0.00 | | $193,100.00 |
| --- | --- | --- | --- | --- |

| | **High moisture corn - 12,000 bushels at $3.80 each (pledged to ICB)** | $0.00 | | $45,600.00 |
| --- | --- | --- | --- | --- |

| | **straw bales - 10 at $100 each (pledged to ICB)** | $0.00 | | $1,000.00 |
| --- | --- | --- | --- | --- |

32.   **Other farming and fishing-related property not already listed in Part 6**

33.   **Total of Part 6.**

| $2,271,255.00 |
| --- |

Add lines 28 through 32. Copy the total to line 85.

34.   **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
          ☐ No
          ☐ Yes

35.   **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.   **Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

37.   **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **1990 International 4700 (pledged to ICB)** | **$0.00** | | **$16,200.00** |
| 47.2. **1994 Ford L8000 (pledged to ICB)** | **$0.00** | | **$10,800.00** |
| 47.3. **1995 Ford 6x4 LTS Series (pledged to ICB)** | **$0.00** | | **$18,000.00** |
| 47.4. **2007 GMC 2500 Classic** | **$0.00** | | **$9,000.00** |
| 47.5. **2014 Dodge Ram (pledged to ICB)** | **$0.00** | | **$36,000.00** |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|---|---|---|---|
| **2017 Claas PU 380 Hay Head (pledged to Ag Direct)** | **$0.00** | | **$23,400.00** |
| **Kuhn 30' merger model 900 (pledged to Ag Direct)** | **$0.00** | | **$36,000.00** |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| **$149,400.00** |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
| 55.1. **Residential structure and improvements on land located on County Hwy H in Kewaskum.  Randall and Ashley Thull temporarily live in residence as their homestead is rented to employees to make ends meet.  Improvements made and owned by the LLC include free stall barns, automatic/robotic dairy parlor, manual dairy parlor, barns, machine sheds and feed bunkers.  All land on which residence & improvements are located is owned by Ralph and Mary Lou Thull and not the LLC, however all assets are cross-collateralized with the individual co-debtors real estate and ICB has a first position. Value is from ICB appraisal July 2019 of improvements.  Land is valued in Ralph & Mary Lou Thull schedules. Pledged to the full extent of value to ICB.** | Owner | $0.00 | Appraisal | $2,870,000.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9.** | $2,870,000.00 |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $144,305.59 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $100,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $2,271,255.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $149,400.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................> | | $2,870,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,664,960.59 | + 91b. $2,870,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,534,960.59 |

Machinery & Equipment

| | | | | |
|---|---|---|---|---|
| Bobcat S205 | | | $ | 6,300 |
| Bobcat T180 | | | $ | 6,300 |
| Brillion 16' Crusher | | PXD1502667 | $ | 6,300 |
| Cattle Trailer | | | $ | 450 |
| Claas Forage Harvester | 2009 | | $ | 225,450 |
| Claas Orbis 750 Corn Hd | 2009 | 65901202 | $ | 40,500 |
| Ezt 35' Trailer Comb Hd | | | $ | 2,700 |
| Featherlite Cattle Trailer | | | $ | 7,200 |
| Ford Industrial Tractor | | | $ | 900 |
| Future Cow Control Kit w/accessories | | | $ | 4,680 |
| JD Gator 6X4 | | W006X4X065900 | $ | 1,800 |
| Gehl Skid Loader | | | $ | 4,500 |
| Gehl Skid Loader | | | $ | 4,500 |
| Gehl Skid Loader | | | $ | 4,500 |
| Gooseneck Trailer | 2012 | | $ | 7,200 |
| Haybuster GP-50 | | 150061 | $ | 18,000 |
| Houle Spreader | | | $ | 18,000 |
| JCB TM320 End Loader | 2013 | 2091441 | $ | 45,000 |
| JD 3020 Diesel Tractor | | | $ | 4,950 |
| JD 3020 Gas Tractor | | | $ | 4,050 |
| JD 750 No Till Drill | | | $ | 6,750 |
| JD 893 Corn Head | | | $ | 18,000 |
| JD 925 Combine Head | | | $ | 18,000 |
| JD Row Crop Tractor 4955 | 1989 | | $ | 31,500 |
| JD Tractor 9420 Blade | | DOZ28661 | $ | 9,000 |
| John Deere 4020 Tractor | | | $ | 5,400 |
| John Deere 4440 Tractor | | | $ | 9,000 |
| John Deere Combine | | | $ | 117,000 |
| John Deere Tractor 7700 | | | $ | 36,900 |
| John Deere Tractor 7810 | | | $ | 49,500 |
| John Deere Tractor 8310 | | | $ | 36,000 |
| John Deere Tractor 9420 | | RW9420P050105 | $ | 90,000 |
| Kuhn Krause Vertical Till Excelerator | | | $ | 40,500 |
| Kuhn Triple Mower | | L0083 | $ | 22,500 |
| Trioliet Mixer | | | $ | 34,200 |
| Komatsu 200 | | | $ | 40,500 |
| Bobcat S250 | | | $ | 7,200 |
| JD Corn Planter 16 row | | | $ | 43,200 |
| Haybuster Bale Chopper | | | $ | 13,500 |
| Haybuster Stone picker | | | $ | 3,150 |
| Hay Wagon Wooden Rack | | | $ | 450 |
| Hay Wagon Metal rack | | | $ | 450 |
| Knight Manure Spreader 8131 | | | $ | 1,800 |
| Knight Manure Spreader 8141 | | | $ | 10,800 |
| Bale Shreader Attachment For Skidloader | | | $ | 450 |
| Post Hole Digger | | | $ | 540 |
| Brush Hog | | | $ | 4,500 |

Total Machinery & Equipment $ 1,064,070

Debtor name **Thull Farms, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Ag Direct** | Describe debtor's property that is subject to a lien | **$14,282.00** | **$23,400.00** |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 2409**
**Omaha, NE 68103**

Creditor's mailing address

**2017 Claas PU 380 Hay Head (pledged to Ag Direct)**

Describe the lien
**Purchase Money Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/10/17**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Ag Direct** | Describe debtor's property that is subject to a lien | **$19,700.00** | **$36,000.00** |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 2409**
**Omaha, NE 68103**

Creditor's mailing address

**Kuhn 30' merger model 900 (pledged to Ag Direct)**

Describe the lien
**Purchase Money Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/07/2015**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 | **CentralStar Cooperative, Inc.** | Describe debtor's property that is subject to a lien | $28,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 21357**
**Lansing, MI 48909**

Creditor's mailing address

**UCC Filing No. 20191230000431-4 Dams and offspring owned by Thull Farms, LLC, Randy Thull, Ralph Thull and Mary Lou Thull**

**Describe the lien**
**Breeders Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/30/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Investors Community Bank** | Describe debtor's property that is subject to a lien | $6,662,971.00 | $1,064,070.00 |
|---|---|---|---|---|

Creditor's Name

**See attached Machinery & Equipment List. ICB has a General Farm Security Agreement covering all assets of the debtor. Additionally, the individual members guaranteed the debt and Ralph Thull has pledged 259.91 acres of real estate he owns**

**P. O. Box 700**
**Manitowoc, WI 54221**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4101**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Investors Community Bank** | Describe debtor's property that is subject to a lien | Unknown | $2,870,000.00 |
|---|---|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 6

Creditor's Name

**Residential structure and improvements on land located on County Hwy H in Kewaskum. Randall and Ashley Thull temporarily live in residence as their homestead is rented to employees to make ends meet. Improvements made and owned by the LLC**

**P. O. Box 700**
**Manitowoc, WI 54221**

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4901**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **Investors Community Bank** | Describe debtor's property that is subject to a lien | Unknown | $127.72 |

Creditor's Name

**Investors Community Bank of Manitowoc Checking - General Business Account**

**P. O. Box 700**
**Manitowoc, WI 54221**

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Investors Community Bank** | Describe debtor's property that is subject to a lien | Unknown | $100,000.00 |

Creditor's Name

**90 days or less: Account Receivables - estimated at one-half of the total milk check value. The farm always carries this A/R balance as a result of the milk checks being paid out bi-monthly). ICB has security interest.**

**P. O. Box 700**
**Manitowoc, WI 54221**

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

Date debt was incurred

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Investors Community Bank** | Describe debtor's property that is subject to a lien | Unknown | $666,825.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 700
Manitowoc, WI 54221**

Creditor's mailing address

**Dairy cows - 576 at $1275 each (fully pledged ICB)**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Investors Community Bank** | Describe debtor's property that is subject to a lien | Unknown | $221,145.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 700
Manitowoc, WI 54221**

Creditor's mailing address

**Heifers - 345 at approximately $641 each (fully pledged ICB)**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Investors Community Bank** | Describe debtor's property that is subject to a lien | Unknown | $79,515.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 700**
**Manitowoc, WI 54221**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Steers - 155 at approximately $513 each (fully pledged ICB)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Investors Community Bank** | **Describe debtor's property that is subject to a lien** | Unknown | $193,100.00 |

Creditor's Name

**P. O. Box 700**
**Manitowoc, WI 54221**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Haylage - 1931 tons at $100 per ton (pledged to ICB)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Investors Community Bank** | **Describe debtor's property that is subject to a lien** | Unknown | $166,540.00 |

Creditor's Name

**P. O. Box 700**
**Manitowoc, WI 54221**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Corn silage - 3028 tons at $55 per ton (pledged to ICB)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Debtor | Thull Farms, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Investors Community Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **$45,600.00** |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 700**
**Manitowoc, WI 54221**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien

**High moisture corn - 12,000 bushels at $3.80 each (pledged to ICB)**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$6,724,953.0 0** |
|---|---|---|

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Riesterer & Schnell Inc.** **N1311 Drumlin Drive** **Campbellsport, WI 53010** | Line **2.2** | |
| **Vanderloop Equipment** **W2834 Dundas Rd.** **Brillion, WI 54110** | Line **2.1** | |

Fill in this information to identify the case:

Debtor name    **Thull Farms, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,020.00** |
|---|---|---|---|

**Abts Boumatic**
**4324 N. County Road P**
**New Franken, WI 54229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **goods and/or services**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,554.00** |
|---|---|---|---|

**AgDirect**
**PO Box 30222**
**Omaha, NE 68103-1322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **goods and/or services**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,034.00** |
|---|---|---|---|

**AgriStaff USA, LLC**
**301 Freemont Street, Suite A**
**Kiel, WI 53042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **goods and/or services**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,723.00** |
|---|---|---|---|

**Animart**
**1240 Green Valley Road**
**Beaver Dam, WI 53916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **goods and/or services**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,021.00 |
|---|---|---|---|

**Central Star Coop, Inc.**
PO Box 191
Waupun, WI 53963

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __goods and/or services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,342.00 |
|---|---|---|---|

**Country Visions Cooperative**
709 Mill Street
Reedsville, WI 54230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __goods and/or services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,600.00 |
|---|---|---|---|

**CP Feeds**
16322 W. Washington Street
Valders, WI 54245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __goods and/or services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,680.00 |
|---|---|---|---|

**Dairyland Seed**
W1115 Bristol Road
Columbus, WI 53925

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __goods and/or services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,247.00 |
|---|---|---|---|

**Dean's Electric, LLC**
W2939 State Road 32
Sheboygan, WI 53083

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __goods and/or services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,137.00 |
|---|---|---|---|

**Eisentraut AG Services**
5358 State Hwy 28
Waldo, WI 53093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __goods and/or services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,206.00 |
|---|---|---|---|

**EWDHIC**
718 West First Street
Waldo, WI 53093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __goods and/or services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Thull Farms, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$587.00** |
|---|---|---|---|

**Farmers Grain and Feed**
**PO Box 98**
**Allenton, WI 53002-0098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,104.00** |
|---|---|---|---|

**Furst-McNess**
**120 East Clark Street**
**Freeport, IL 61032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,546.00** |
|---|---|---|---|

**FutureCow**
**1340 Bennett Drive**
**Longwood, FL 32750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,598.00** |
|---|---|---|---|

**John Deere Financial**
**P.O. Box 6600**
**Johnston, IA 50131-6600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,241.00** |
|---|---|---|---|

**Karrels Dairy Equipment, Inc.**
**4942 County Road H**
**Port Washington, WI 53074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,234.00** |
|---|---|---|---|

**Keller Farm Supply**
**N6719 Freedom Road**
**Hartford, WI 53027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,337.00** |
|---|---|---|---|

**Leading Dairy Solutions**
**946 Progress Way**
**Chilton, WI 53014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,657.00 |
|---|---|---|---|

**Midwestern Bio Ag, Inc.**
**918 Deming Way, Suite 200**
**Madison, WI 53717**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,569.00 |
|---|---|---|---|

**Miller Engineers Scientists**
**5308 South 12th Street**
**Sheboygan, WI 53081**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,813.00 |
|---|---|---|---|

**Miritz Custom Chopping**
**N5630 Hwy UU**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,487.00 |
|---|---|---|---|

**Prairie Estates Genetics**
**6907 University Avenue, Suite 124**
**Middleton, WI 53562**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128,055.00 |
|---|---|---|---|

**Saukville Feeds**
**313 W Church Street**
**Saukville, WI 53080**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,502.00 |
|---|---|---|---|

**Spiegelbergs Implement Inc.**
**E5750 State Rd 54**
**Weyauwega, WI 54983**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,846.00 |
|---|---|---|---|

**Standard Dairy Consultants LLC**
**PO Box 3844**
**Omaha, NE 68103-6000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,153.00 |
|---|---|---|---|

**Strobel Propane Gas Company**
PO Box 462
Kewaskum, WI 53040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  goods and/or services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,670.00 |
|---|---|---|---|

**TMRJG**
N3481E County Road A
Sheboygan Falls, WI 53085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  goods and/or services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $76,139.00 |
|---|---|---|---|

**United Cooperative**
N7160 Raceway Road
Beaver Dam, WI 53916

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  goods and/or services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,189.00 |
|---|---|---|---|

**Vanderloop Equipment**
W2834 Dundas Rd.
Brillion, WI 54110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  goods and/or services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,287.00 |
|---|---|---|---|

**West Bend Elevator**
PO Box 408
West Bend, WI 53090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  goods and/or services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,845.00 |
|---|---|---|---|

**Yahr Oil Company, Inc.**
106 W. Decorah
West Bend, WI 53095

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  goods and/or services

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | Thull Farms, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Attorney David J. Pawlowski**<br>**Salutz & Salutz LLP**<br>**823 Marshall St.**<br>**PO Box 187**<br>**Manitowoc, WI 54221-0187** | Line  3.7<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Attorney Lisa Lietz-Ray**<br>**Krekeler, Strother SC**<br>**2901 W Beltline Hwy, #301**<br>**Madison, WI 53713** | Line  3.4<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 676,423.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 676,423.00 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 37.70 acres of land at $66.31/acre. Debtor intends to assume this contract.** |
|     State the term remaining | |
|     List the contract number of any government contract | **Barry Murre** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for .5 acres of land at $200/acre. Debtor intends to assume this contract.** |
|     State the term remaining | |
|     List the contract number of any government contract | **Bill Wenninger** |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 5.31 acres of land at $94.16/acre. Debtor intends to assume this contract.** |
|     State the term remaining | |
|     List the contract number of any government contract | **Bruce Dreher** |
| **2.4.**   State what the contract or lease is for and the nature of the debtor's interest | **Lease for John Deere 7930 at $1470 per month** |
|     State the term remaining | **Dairyland Leasing, LLC** <br> **W1115 Bristol Rd** <br> **Columbus, WI 53925** |

Case 20-24614-kmp    Doc 1    Filed 07/01/20    Page 28 of 51

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract                                 _____

---

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 17.84 acres of land at $140.13/acre. Debtor intends to assume this contract.** |
|---|---|---|

State the term remaining

List the contract number of any
government contract                                 _____          **Daniel Murre**

---

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 6.70 acres of land at $74.63/acre. Debtor intends to assume this contract.** |
|---|---|---|

State the term remaining

List the contract number of any
government contract                                 _____          **Daniel Nowachi**

---

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 11.50 acres of land at $150/acre. Debtor intends to assume this contract.** |
|---|---|---|

State the term remaining

List the contract number of any
government contract                                 _____          **Daniel Zuehlke**

---

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 3.30 acres of land at $30.30/acre. Debtor intends to assume this contract.** |
|---|---|---|

State the term remaining

List the contract number of any
government contract                                 _____          **Dean Yageiski**

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 28.50 acres of land at $87.72/acre. Debtor intends to assume this contract.** |
| State the term remaining | |
| List the contract number of any government contract | **Denise Murre** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 7.80 acres of land at $192.31/acre. Debtor intends to assume this contract.** |
| State the term remaining | |
| List the contract number of any government contract | **Don Hayward** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 21 acres of land at $85.71/acre. Debtor intends to assume this contract.** |
| State the term remaining | |
| List the contract number of any government contract | **Duane Wollner** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 17.50 acres of land at $171.43/acre. Debtor intends to assume this contract.** |
| State the term remaining | |
| List the contract number of any government contract | **Florian Schellinger** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 35.99 acres of land at $100.03/acre. Debtor intends to assume this contract.** |
| State the term remaining | |
| List the contract number of any | **Holly Reindl** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 67.20 acres of land at $239.64/acre. Debtor intends to assume this contract.** |
| | State the term remaining | |
| | List the contract number of any government contract | **James Redig** |

| | | |
|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 52.70acres of land at $128.08/acre. Debtor intends to assume this contract.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Jason Wollner** |

| | | |
|---|---|---|
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 23.50 acres of land at $97.87/acre. Debtor intends to assume this contract.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Kevin Herriges** |

| | | |
|---|---|---|
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 34 acres of land at $92.65/acre. Debtor intends to assume this contract.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Larry Schalla** |

| | | |
|---|---|---|
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 17.20 acres of land at $103.49/acre. Debtor intends to assume this contract.** **Leon Schmidt** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract    _____

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 28.55 acres of land at $168.13/acre. Debtor intends to assume this contract.** |
|---|---|---|

State the term remaining

List the contract number of any government contract    _____    **Lloyd Mueller Jr**

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 40 acres of land at $125.00/acre. Debtor intends to assume this contract.** |
|---|---|---|

State the term remaining

List the contract number of any government contract    _____    **Marilyn Kasten**

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 380 acres of land at $170 per acre. Debtor intends to assume this contract** |
|---|---|---|

State the term remaining

List the contract number of any government contract    _____    **Michael Thull**

---

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 30.34 acres of land at $148.32/acre. Debtor intends to assume this contract.** |
|---|---|---|

State the term remaining

List the contract number of any government contract    _____    **Michael Zuehlke**

---



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 14.10 acres of land at $154.26/acre. Debtor intends to assume this contract.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Norman Zuehlke** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 13.30 acres of land at $157.89/acre. Debtor intends to assume this contract.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Pat Mueller** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 9.50 acres of land at $100/acre. Debtor intends to assume this contract.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Perry Etta** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 36.20 acres of land at $153.31/acre. Debtor intends to assume this contract.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Perry Etta (2)** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 63.66 acres of land at $137.45/acre. Debtor intends to assume this contract.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Ralph Horner** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Debtor is the lessee pursuant to a verbal contract for 6 acres of land at $100/acre. Debtor intends to assume this contract. | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Scott Guerndt |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Debtor is the lessee pursuant to a verbal contract for 48 acres of land at $150/acre. Debtor intends to assume this contract. | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Scott Wollner |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Debtor is the lessee pursuant to a verbal contract for 6.70 acres of land at $130.60/acre. Debtor intends to assume this contract. | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Shawn Heimerman |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Debtor is the lessee pursuant to a verbal contract for 39.60 acres of land at $181.06/acre. Debtor intends to assume this contract. | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Steve Stern |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Debtor is the lessee pursuant to a verbal contract for 20 acres of land at $100/acre. Debtor intends to assume this contract. | |
| | | | Tim Stern |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 18.90 acres of land at $174.60/acre. Debtor intends to assume this contract.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Tori Lightner** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessee pursuant to a verbal contract for 30 acres of land at $150/acre. Debtor intends to assume this contract.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **WP Properties** |

Fill in this information to identify the case:

Debtor name __**Thull Farms, LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF WISCONSIN__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                  12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Ralph Thull** | **2479 County Road H**<br>**Kewaskum, WI 53040** | **Ag Direct** | ☑ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Ralph Thull** | **2479 County Road H**<br>**Kewaskum, WI 53040** | **Ag Direct** | ☑ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Ralph Thull** | | **Investors Community Bank** | ☑ D ___**2.4**___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Randy Thull** | | **Investors Community Bank** | ☑ D ___**2.4**___<br>☐ E/F _____<br>☐ G _____ |

<u>Official Form 207</u>

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ☐ Operating a business<br>■ Other  **Milk Checks & Cull Cows** | **$225,975.00** |
   | **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other  **Farm Operation** | **$2,642,200.00** |
   | **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other  **Farm Operation** | **$2,478,200.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Case 20-24614-kmp    Doc 1    Filed 07/01/20    Page 37 of 51

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **Abts Boumatic**<br>4324 N. County Road P<br>New Franken, WI 54229 | 11/7/19,<br>1/16/2020,<br>1/18/19 | $17,162.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.2. **BHF Pumping, LLC**<br>N451 Rolling Drive<br>Campbellsport, WI 53010 | 11/18/19,<br>12/18/19 | $26,058.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.3. **Furst-McNess**<br>120 East Clark Street<br>Freeport, IL 61032 | 12/17/2019,<br>1/16/2020 | $15,036.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.4. **Hoofworx LLC**<br>5512 Hwy 175<br>Hartford, WI 53027 | 11/18/2019,<br>12/11/2019,<br>1/16/2020 | $8,758.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.5. **Karrels Dairy Equipment, Inc.**<br>4942 County Road H<br>Port Washington, WI 53074 | 12/6/2019,<br>1/16/2020 | $6,586.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.6. **Miritz Custom Chopping**<br>N5630 Hwy UU<br>Fond Du Lac, WI 54937 | 11/18/2019,<br>1/16/2020 | $16,559.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.7. **Rural Mutual Insurance**<br>PO Box 3040<br>Milwaukee, WI 53201 | 11/15/2019,<br>12/11/2019 | $20,665.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.8. **United Cooperative**<br>N7160 Raceway Road<br>Beaver Dam, WI 53916 | 12/13/2019 | $67,160.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **WE Energies** <br> **P. O. Box 2089** <br> **Milwaukee, WI 53201-2089** | **11/25/2019,** <br> **1/31/2020** | **$25,365.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.10. **Yahr Oil Company, Inc.** <br> **106 W. Decorah** <br> **West Bend, WI 53095** | **1/16/2020,** <br> **12/3/2019,** <br> **2/4/2020** | **$24,046.58** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.11. **Fleet Credit Card Services** <br> **P.O. Box 15368** <br> **Wilmington, DE 19886-5368** | **11/18/2019,** <br> **1/20/2020,** <br> **12/17/2019** | **$10,817.51** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other  credit card payments |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address <br> Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**   Legal Actions or Assignments

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title <br> Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Country Visions Cooperative v. Thull Farms LLC 2020 CV 23** | **money judgment/collection** | **Manitowoc County Clerk of Courts PO Box 2000 1010 South 8th Street Manitowoc, WI 54221-2000** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Steinhilber Swanson LLP 107 Church Avenue Oshkosh, WI 54901** | **$19,910 retainer for prior Ch 12 cases of LLC and its members paid in 2019 $18,000 retainer for current Ch 12 cases of LLC and its members paid 6/25/2020 Application to Employ counsel will detail charges up to filing and basis of engagement.** | **2019-2020** | **$37,910.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Lakeshore Farm Management** **401 Calumet Dr** **Valders, WI 54245** | **ongoing accounting services** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Lakeshore Farm Management** **401 Calumet Dr** **Valders, WI 54245** | **ongoing accounting services** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Lakeshore Farm Management** **401 Calumet Dr** **Valders, WI 54245** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

| Name and address | | |
|---|---|---|
| 26d.1. | Investors Community Bank P. O. Box 700 Manitowoc, WI 54221 | |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ralph Thull | 2479 County Hwy H Kewaskum, WI 53040 | Member | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Randall Thull | 2547 County Hwy H Kewaskum, WI 53040 | Member | 50 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Randall Thull 2479 County Hwy H Kewaskum, WI 53040 | $24000  member draws | monthly (total listed is for entire year) | |
| | Relationship to debtor Member | | | |
| 30.2. | Ralph Thull 2547 County Hwy H Kewaskum, WI 53040 | $24000 in member draws | monthly (total listed is for the entire year) | |
| | Relationship to debtor Member | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July  1, 2020**

**/s/ Ralph Thull**                                              **Ralph Thull**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **Thull Farms, LLC**

Case No. _____

Debtor(s)

Chapter **12**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify):   **Debtor paid $18,000 for pre-petition services for it and its members and their spouses as disclosed in the SOFA**

3. The source of compensation to be paid to me is:

   ☐ Debtor   ■ Other (specify):   **Compensation to be paid upon application to the Court and allowance thereof, pursuant to the application to employ counsel filed in this case**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Advice on duties and obligations as Debtor; Necessary creditor, court and Trustee contacts**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Services requiring special expertise not available in-house.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**July  1, 2020**

*Date*

**/s/ Paul G. Swanson**
**Paul G. Swanson 1007861**
*Signature of Attorney*
**Steinhilber Swanson LLP**
**107 Church Avenue**
**Oshkosh, WI 54901**
**920-235-6690  Fax: 920-426-5530**
**pswanson@steinhilberswanson.com**
*Name of law firm*

## United States Bankruptcy Court
### Eastern District of Wisconsin

In re    **Thull Farms, LLC**

                                     Debtor(s)

Case No. _____

Chapter    **12**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July  1, 2020**                               **/s/ Ralph Thull**

                                                       **Ralph Thull**/**Member**

                                                       Signer/Title

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Abts Boumatic
4324 N. County Road P
New Franken, WI 54229

Ag Direct
P. O. Box 2409
Omaha, NE 68103

AgDirect
PO Box 30222
Omaha, NE 68103-1322

AgriStaff USA, LLC
301 Freemont Street, Suite A
Kiel, WI 53042

Animart
1240 Green Valley Road
Beaver Dam, WI 53916

Attorney David J. Pawlowski
Salutz & Salutz LLP
823 Marshall St.
PO Box 187
Manitowoc, WI 54221-0187

Attorney Lisa Lietz-Ray
Krekeler, Strother SC
2901 W Beltline Hwy, #301
Madison, WI 53713

Central Star Coop, Inc.
PO Box 191
Waupun, WI 53963

CentralStar Cooperative, Inc.
PO Box 21357
Lansing, MI 48909

Country Visions Cooperative
709 Mill Street
Reedsville, WI 54230

CP Feeds
16322 W. Washington Street
Valders, WI 54245

Dairyland Leasing, LLC
W1115 Bristol Rd
Columbus, WI 53925

Dairyland Seed
W1115 Bristol Road
Columbus, WI 53925

Dean's Electric, LLC
W2939 State Road 32
Sheboygan, WI 53083

Eisentraut AG Services
5358 State Hwy 28
Waldo, WI 53093

EWDHIC
718 West First Street
Waldo, WI 53093

Farmers Grain and Feed
PO Box 98
Allenton, WI 53002-0098

Furst-McNess
120 East Clark Street
Freeport, IL 61032

FutureCow
1340 Bennett Drive
Longwood, FL 32750

Investors Community Bank
P. O. Box 700
Manitowoc, WI 54221

John Deere Financial
P.O. Box 6600
Johnston, IA 50131-6600

Karrels Dairy Equipment, Inc.
4942 County Road H
Port Washington, WI 53074

Keller Farm Supply
N6719 Freedom Road
Hartford, WI 53027

Leading Dairy Solutions
946 Progress Way
Chilton, WI 53014

Midwestern Bio Ag, Inc.
918 Deming Way, Suite 200
Madison, WI 53717

Miller Engineers Scientists
5308 South 12th Street
Sheboygan, WI 53081

Miritz Custom Chopping
N5630 Hwy UU
Fond Du Lac, WI 54937

Prairie Estates Genetics
6907 University Avenue, Suite 124
Middleton, WI 53562

Ralph Thull
2479 County Road H
Kewaskum, WI 53040

Ralph Thull


Randy Thull


Riesterer & Schnell Inc.
N1311 Drumlin Drive
Campbellsport, WI 53010

Saukville Feeds
313 W Church Street
Saukville, WI 53080

Spiegelbergs Implement Inc.
E5750 State Rd 54
Weyauwega, WI 54983

Standard Dairy Consultants LLC
PO Box 3844
Omaha, NE 68103-6000

Strobel Propane Gas Company
PO Box 462
Kewaskum, WI 53040

TMRJG
N3481E County Road A
Sheboygan Falls, WI 53085

United Cooperative
N7160 Raceway Road
Beaver Dam, WI 53916

Vanderloop Equipment
W2834 Dundas Rd.
Brillion, WI 54110

West Bend Elevator
PO Box 408
West Bend, WI 53090

Yahr Oil Company, Inc.
106 W. Decorah
West Bend, WI 53095

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re  **Thull Farms, LLC**
_____
                        Debtor(s)

Case No. _____

Chapter  **12**  _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Thull Farms, LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July  1, 2020**
_____
Date

**/s/ Paul G. Swanson**
_____
**Paul G. Swanson 1007861**
Signature of Attorney or Litigant
Counsel for   **Thull Farms, LLC**
_____
**Steinhilber Swanson LLP**
**107 Church Avenue**
**Oshkosh, WI 54901**
**920-235-6690 Fax:920-426-5530**
**pswanson@steinhilberswanson.com**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy