In re:

Thull Farms, LLC,
Ralph D. and Mary Lou Thull, and          Case No. 20-24614-kmp
Randall J. and Ashley Thull,              Chapter 12
                               Jointly Administered

        Debtors.

## INVESTORS COMMUNITY BANK'S WITNESS & EXHIBIT LIST

Investors Community Bank ("ICB"), by its attorneys, Van Lieshout Law Office, intend to call the following witness and enter into evidence the following exhibits in the confirmation hearing on the Chapter 12 Plan of Reorganization filed on September 29, 2020, which hearing is scheduled for November 9, 2020:

## **EXHIBIT**

1.      ICB enters the Proof of Claim filed in Bankruptcy Case Number 20-24614 on August 28, 2020, as Claim 10. This exhibit shall be attached hereto as Exhibits A-1, A-2, A-3, and A-4.

2.      ICB enters the Proof of Claim filed in Bankruptcy Case Number 20-24617 on August 28, 2020, as Claim 8. This exhibit shall be attached hereto as Exhibits B-1, B-2, B-3, and B-4.

3.      ICB enters the Proof of Claim filed in Bankruptcy Case Number 20-24618 on August 28, 2020, as Claim 8. This exhibit shall be attached hereto as Exhibits C-1, C-2, C-3, and C-4.

4.  All other exhibits entered into evidence by any other interested party in this case.

Jonathan R. Van Geffen
122 E. Main Street / PO Box 186
Little Chute, Wisconsin 54140-0186
Phone: 920.788.0800
Fax: 920.788.0907
jonathanv@littlechutelaw.com

## WITNESS

1.    **Nicole Bahn**. Nicole Bahn is a Vice President – Senior Special Assets Officer with ICB. Nicole Bahn is anticipated to testify regarding the Proof of Claims filed by ICB, the Debtors' obligations to ICB, ICB's security interests, and Debtors proposed payments through the plan.

2.    ICB reserves the right to call and cross-examine all other witnesses called by any interested party to this case.

Dated: November 2, 2020.

By:    /s/ Jonathan R. Van Geffen
Jonathan R. Van Geffen
State Bar No. 1102952

MAILING ADDRESS
122 E. Main Street / P.O. Box 186
Little Chute, Wisconsin 54140-0186
Phone: 920.788.0800
Fax: 920.788.0907
jonathanv@littlechutelaw.com

2