UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

THULL FARMS, LLC,                                    **Case No. 20-24614-kmp**
RALPH AND MARY LOU THULL,
RANDALL J. AND ASHLEY THULL,                         **Chapter 12**
                                                     **Jointly Administered**
                        Debtors.

**FARM CREDIT SERVICES OF AMERICA, PCA'S
LIST OF WITNESSES AND EXHIBITS**

        NOW COMES the secured creditor, Farm Credit Services of America, PCA ("FCSA"), by one of its attorneys, Trisha M. Schense, and submits the following List of Witnesses to be called and List of Exhibits to be used at the confirmation hearing scheduled for November 9, 2020 at 10:00 am on the Debtors' Chapter 12 Plan of Reorganization dated September 29, 2020 and FCSA's Objection timely filed thereto as Doc. No. 60[1]:

**LIST OF WITNESSES**

1.  Ralph Thull, 2479 County Hwy H, Kewauskum, WI 53040

        Mr. Thull will testify individually and as a member of Thull Farms, LLC with respect to the obligations with FCSA. Mr. Thull will further testify regarding the historical performance and current status of the farming operations, as well as regarding the overall feasibility and content of the Chapter 12 Plan of Reorganization dated September 29, 2020 as proposed by Debtors.

        FCSA reserves the right to question witnesses produced by other parties and further reserves the right to amend and supplement this List of Witnesses as justice may require.

**LIST OF EXHIBITS**

FCSA Ex. 101:   Retail Installment Contract and Security Agreement dated on or about July 7, 2015, in the original principal financed amount of $75,190.13 and executed by the Debtors, Thull Farms, LLC and Ralph D. Thull, individually, as well as the amendment and modification made thereto dated August 6, 2019;

---

[1] The Objection of FCSA to Confirmation of the Debtors' Chapter 12 Plan of Reorganization dated September 29, 2020 was filed with respect to the Debtors, *Thull Farms, LLC and Ralph and Mary Lou Thull* only.

FCSA Ex. 102:  UCC Financing Statement filed on July 7, 2015 as Filing No. 150008680830, and the continuation filed therefor on March 5, 2020.

FCSA Ex. 103:  Retail Installment Contract and Security Agreement dated on or about October 9, 2017, in the original principal financed amount of $30,300.00 and executed by the Debtors, Thull Farms, LLC and Ralph D. Thull, individually;

FCSA Ex. 104:  UCC Financing Statement filed on October 10, 2017 as Filing No. 170013793023.

FCSA reserves the right to further amend and supplement this List of Exhibits as justice may require.

Dated this 2nd day of November, 2020.

*/s/Electronically Signed by Trisha M. Schense*
Trisha M. Schense
  State Bar No. 1088524
  tschense@hspwlaw.com

Hinkfuss, Sickel, Petitjean & Wieting
Jefferson Court Building
125 South Jefferson Street, Suite 101
P.O. Box 1626
Green Bay, WI 54305-1626
Telephone No. 920-432-7716
Fax No. 920-432-4446